# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE RESIGNATION OF CHARLES HILSABECK, BAR NO. 4289.

No. 84536

FILED

APR 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Charles Hilsabeck for his resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Hilsabeck; and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Hilsabeck acknowledges that his resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Hilsabeck has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

22·12369

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Charles Hilsabeck's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____ C.J.

cc: Bar Counse, State Bar of Nevada
Charles Hilsabeck
Executive Director
Admissions Office, United States Supreme Court